*In re* INTEGRACIÓN DE LAS SALAS DE DESPACHO.

*Número:* ES-2016-2          *Resuelto:* 25 de febrero de 2016

## RESOLUCIÓN

Según lo dispuesto en la Regla 4(d) del Reglamento del Tribunal Supremo, 4 LPRA Ap. XXI-B, se constituyen las siguientes Salas de Despacho para que funcionen mientras el Pleno esté compuesto de ocho Juezas y Jueces:

*Primera Sala de Despacho*

Hon. Maite D. Oronoz Rodríguez, *presidenta*
Hon. Rafael L. Martínez Torres
Hon. Edgardo Rivera García
Hon. Roberto Feliberti Cintrón

*Segunda Sala de Despacho*

Hon. Anabelle Rodríguez Rodríguez, *presidenta*
Hon. Mildred G. Pabón Charneco
Hon. Erick V. Kolthoff Caraballo
Hon. Luis F. Estrella Martínez

De surgir un empate en la votación de alguna de las Salas de Despacho, se designará a otra Jueza u otro Juez que no forme parte de esa Sala. Esta designación se hará en orden sucesivo de antigüedad.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*